IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02320-WJM

UNITED STATES OF AMERICA,

    Petitioner,

v.

LARRY M. WRIGHT, President, Wright's Piloting and Trucking, Inc.,

    Respondent.

## FINAL ENFORCEMENT ORDER

Having considered the United States' Petition to Enforce Internal Revenue Service Summons ("Petition") and the accompanying exhibits, this Court finds as follows:

1. On April 20, 2011, the Internal Revenue Service issued a summons to Respondent Larry M. Wright, President, Wright's Piloting and Trucking, Inc., ("Respondent").

2. The Internal Revenue Service summons was issued to Respondent for a legitimate purpose: to determine the tax liability of Respondent for the calendar year ending December 31, 2010.

3. The above-listed tax period was specified in the Internal Revenue Service summons served on Respondent.

4. The testimony, records, and documents demanded by the Internal Revenue Service summons are not in the possession of the Internal Revenue Service.

5. The administrative steps required by the Internal Revenue Code for the issuance of the summons have been met.

6. As indicated in the Affidavit of Service (Doc. 4), Respondent was served on October 13, 2011 with: (1) the Petition to Enforce IRS Summons and Attachments, and (2) Order to Show Cause.

7. As of this date, Respondent has failed to comply with the IRS summons.

8. Respondent has failed to show sufficient cause as to why he should not be ordered to comply with the Internal Revenue Service summons.

IT IS THEREFORE ORDERED that Respondent shall comply with and obey the Internal Revenue Service summons served upon him by appearing at the Internal Revenue Service office located at 561 25 Road, Suite B, Grand Junction, CO 81501-2520, before Revenue Officer Frank Long, telephone number (970) 254-3413 (or other location to be agreed upon by the parties), at a time to be agreed upon by the parties, but not later than _____December 2_____, 2011, to give testimony and to produce for examination and copying the records, documents, and other data

demanded by the Internal Revenue Service summons.

IT IS FURTHER ORDERED that failure to comply with this Order may result in Respondent being found in contempt of Court, in which case he may be fined or imprisoned.

IT IS FURTHER ORDERED that upon entry of this Order, this case shall be closed and Judgment shall be entered in favor of Petitioner United States of America.

Dated this 2nd day of November, 2011.

BY THE COURT:

William J. Martínez
United States District Judge